October 20, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

**LUZ VELANDIA, DMD, INDIVIDUALLY AND D/B/A AMIGOS DENTAL,**
Appellant

NO. 14-11-00141-CV                    V.

**CARLOS CONTRERAS, Appellee**
_____

    This cause, an appeal from the order denying the motion of appellant Luz Velandia, DMD, individually and d/b/a Amigos Dental, signed February 7, 2011, was heard on the transcript of the record. We have inspected the record and find the trial court erred in denying appellant's motion. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing appellee Carlos Contreras's claims against Dr. Velandia, with prejudice. We further **REMAND** the cause for proceedings in accordance with the Court's opinion.

    We order appellee, Carlos Contreras, to pay all costs incurred in this appeal. We further order this decision certified below for observance.